K. Randolph Moore, SBN 106933
Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Jesus Sosa

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GERARDO MEJIA dba MEJIA'S TACO SHOP,<br><br>          Defendant. | No. 1:10-CV-1454-LJO-BAM<br><br>**STIPULATION RE AMENDING SCHEDULING ORDER TO INCLUDE DATES RELATED TO EXPERT WITNESSES; ORDER** |

**WHEREAS**, the Court entered a scheduling order in this matter on May 17, 2011 ("Scheduling Order");

**WHEREAS**, the Scheduling Order does not provide for any dates relating to expert discovery, and Federal Rule of Civil Procedure 26(a)(2)(D)(i)  regarding expert disclosure conflicts with the court's provided discovery cut-off dates;

**NOW, THEREFORE**, Plaintiff Jesus Sosa ("Plaintiff") and Defendant Gerardo Mejia dba Mejia's Taco Shop ("Defendant") (Plaintiff and Defendant hereinafter collectively referred to as the "Parties,"), by and through their respective counsel, stipulate to add the following dates to the Scheduling Order:

| | |
|---|---|
| Last Day to Disclose Expert Witnesses | January 13, 2012 |
| Last Day for Rebuttal Expert Disclosure | January 27, 2012 |

*Sosa v. Mejia*
Stipulation re Amending Scheduling Order to Include Dates Relates to Expert Witnesses; [Proposed] Order

| | | |
|---|---|---|
| 1 | Expert Discovery Cut-off | February 20, 2012 |

2  All other dates set forth in the Scheduling Order shall remain unchanged.

3  Dated:  November 3, 2011                              MOORE LAW FIRM, P.C.

4                                                                    /s/Tanya E. Moore
5                                                                    Tanya E. Moore
                                                                         Attorneys for Plaintiff Jesus Sosa
6

7

8  Dated:  November 3, 2011                              /s/ Steven A. Geringer
                                                                         Steven A. Geringer, Attorney for
9                                                                    Defendant Gerardo Mejia dba
                                                                         Mejia's Taco Shop
10

11

12                                              **ORDER**

13

14       The Parties having so stipulated and good cause appearing,

15       **IT IS HEREBY ORDERED** that the following dates be added to the Court's

16  Scheduling Order filed May 17, 2011:

17       Last Day to Disclose Expert Witnesses              January 13, 2012

18       Last Day for Rebuttal Expert Disclosure             January 27, 2012

19       Expert Discovery Cut-off                                     February 20, 2012

20       **IT IS FURTHER ORDERED** that all other dates set forth in the Scheduling Order

21  shall remain unchanged.

22

23  IT IS SO ORDERED.

24       Dated:   **November 7, 2011**                          /s/ Barbara A. McAuliffe
25                                                                         UNITED STATES MAGISTRATE JUDGE

*Sosa v. Mejia*
Stipulation re Amending Scheduling Order to Include Dates Relates to Expert Witnesses; [Proposed] Order