UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA, | CASE NO. CV F 10-1454 LJO BAM |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 39.) |
| GERADO MEJIA, | |
| Defendant. / | |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 30, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the February 23, 2012 settlement conference, May 24, 2012 pretrial conference, and June 26, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions and reinstatement of discovery, motion and trial dates as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   February 16, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE