1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Jesus Sosa

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,                          )<br>                                                )<br>          Plaintiff,                       )<br>                                                )<br>     vs.                                     )<br>                                                )<br>GERARDO MEJIA dba MEJIA'S TACO )<br>SHOP,                                    )<br>                                                )<br>          Defendant.                    )<br>_____) | No:  1:10-CV-01454-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa ("Plaintiff") and Defendant Gerardo Mejia dba Mejia's Taco Shop ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Gerardo Mejia dba Mejia's Taco Shop be dismissed with prejudice from this action.

   IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

///

Date: March 13, 2012                                                  MOORE LAW FIRM, P.C.


                                                                      /s/ Tanya E. Moore
                                                                      Tanya E. Moore
                                                                      Attorney for Plaintiff Jesus Sosa


Date: March 12, 2012                                                  LAW OFFICE OF KEVIN SCHWIN


                                                                      /s/ Kevin Schwin
                                                                      Kevin Schwin
                                                                      Attorney for Defendant Gerardo Mejia dba
                                                                      Mejia's Taco Shop


# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Jesus Sosa and Defendant Gerardo Mejia dba Mejia's Taco Shop shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Jesus Sosa and Defendant Gerardo Mejia dba Mejia's Taco Shop, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Gerardo Mejia dba Mejia's Taco Shop is dismissed with prejudice from this action.

The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **March 13, 2012**                              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE


*Sosa v. Mejia, et al.*
Stipulation for Dismissal; [Proposed] Order
                                         Page 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Sosa v. Mejia, et al.*
Stipulation for Dismissal; [Proposed] Order